SUSANNAH L. DORLAND, as Administratrix, etc., Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent. — Judgment affirmed. Opinions by BRADY and DANIELS, JJ.; DAVIS, P. J., dissenting.

JOHN L. MELCHER, Executor, etc., Appellant, v. GEORGE E. HARDING, Respondent. — Order modified as directed, with ten dollars costs and disbursements to abide event. Opinions by DAVIS, P. J., BRADY and DANIELS, JJ.

IN THE MATTER OF JUAN R. M. HERNANDEZ. — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

JOHN FISCHER, Appellant, v. J. C. JULIUS LANGBEIN and another, Respondents. — Judgment affirmed. Opinion by BRADY, J.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES LANE. — Judgment reversed, new trial ordered. Opinions by BRADY and DANIELS, JJ.; DAVIS, P. J., dissenting.

HORACE K. THURBER, as Assignee, etc., Respondent, v. ROBERT B. MINTURN, Respondent, and THE NORTH RIVER BANK, IN THE CITY OF NEW YORK, Appellant. — Judgment reversed and judgment ordered as directed in opinion. Opinions by DAVIS, P. J., BRADY and DANIELS, JJ.

JOHN C. BOYD, Respondent, v. RICHARD H. ELLIS, Appellant. — Judgment affirmed, with costs. Opinion by BRADY, J.

SAXON E. ANDERSON v. DAVID B. JARVIS. — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

HENRY BLUMENTHAL, Respondent, v. LYMAN G. BLOOMINGDALE and another, Appellants. — Judgment affirmed. Opinion by BRADY, J.

THE OREGON STEAMSHIP COMPANY, Respondent, v. GEORGE K. OTIS, Appellant. — Judgment modified as directed in opinion, and affirmed as modified. Opinion by BRADY, J.

THE PEOPLE OF THE STATE OF NEW YORK v. THE EMPIRE MUTUAL LIFE INSURANCE COMPANY. — Order modified as directed in opinion, without costs to either party, and affirmed as modified. Opinion by DANIELS, J.

PHILIP EBALING and another, Respondents, v. PAUL BAUER, Appellant. — Judgment and order affirmed. Opinion by DANIELS, J., and DAVIS, P. J.

THE BALTIMORE AND OHIO RAILROAD COMPANY, Respondent, v. ALEXANDER T. ARTHUR and another, Appellants. — Appeal dismissed, with ten dollars costs. Opinion by DANIELS, J.

JOHN VAN ROY, Respondent, v. CLARA MORRIS HARRIOT, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.